

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**,
Rent Werx LLC D/B/A Larsen Properties, and Leah Larsen, Relators

Original Mandamus Proceeding[1]

### ORDER

Relators' petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c). The Honorable John D. Gabriel is ORDERED to vacate the spoliation sanctions rendered against relators. A writ of mandamus will issue only in the event we are notified Judge Gabriel has failed to comply within fifteen days from the date of this order. Our February 24, 2021 stay is hereby LIFTED for Judge Gabriel to comply with this order and then for further proceedings in the trial court.

It is so **ORDERED** on May 5, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-10309, styled *Schumacher v. Larsen*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding.